Certificate Number: 12459-FLN-CC-040849646



12459-FLN-CC-040849646

# CERTIFICATE OF COUNSELING

I CERTIFY that on April 13, 2026, at 9:15 o'clock AM PDT, Austiona Prevatte received from Abacus Credit Counseling, an agency approved pursuant to 11 U.S.C.  111 to provide credit counseling in the Northern District of Florida, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:    April 13, 2026                          By:      /s/Emma Valadez

                                                 Name:    Emma Valadez

                                                 Title:   Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C.  109(h) and 521(b).