United States Bankruptcy Court

Northern District of Florida

In re:

Austiona Prevatte

    Debtor

Case No. 26-30384-KKS

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 1129-3 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 14, 2026 | Form ID: ntddldef | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Austiona Prevatte, 6004 Toulouse Street, Gulf Breeze, FL 32563-9025 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher Gerard Frey | on behalf of Debtor Austiona Prevatte chris@freylawpa.com |
| Leigh A. Duncan | ldhdock@earthlink.net  ldhtre@earthlink.net;ldhadmin@earthlink.net |
| United States Trustee | USTPRegion21.TL.ECF@usdoj.gov |

TOTAL: 3

FORM ntddldef (Rev. 03/26)

# UNITED STATES BANKRUPTCY COURT
### Northern District of Florida
### Pensacola Division

In Re:  Austiona Prevatte
    SSN/ITIN: xxx−xx−7347
    Debtor

Bankruptcy Case No.:  26−30384−KKS

Chapter:  13
Judge:  Karen K. Specie

## *NOTICE OF DEADLINE TO CURE DEFICIENCIES*

On April 13, 2026 ("Petition Date"), Debtor(s) filed a Voluntary Bankruptcy Petition. The Clerk has identified deficiencies to the petition, schedules, other filed documents, and/or filing fee. **Debtor(s) shall cure all below−listed deficiencies by: <u>April 27, 2026</u>. Failure to satisfy any deficiency may result in DISMISSAL of this case without further notice or hearing**. To date, Debtor(s) has failed to:

− File all schedules and statements as required by the Local Rules of this Court and by 11 U.S.C. 521(a)(1)(B) and Fed. R. Bankr. P. 1007(b) and (c):

- − Chapter 13 Calculation of Disposable Income (122C−2)
- − Schedule A/B
- − Schedule C
- − Schedule D
- − Schedule E/F
- − Schedule G
- − Schedule H
- − Schedule I
- − Schedule J
- − Summary of Assets & Liabilities
- − Declaration About Schedules
- − Statement of Financial Affairs
- − Chapter 13 Statement of Monthly Income (122C−1)

− File Attorney Disclosure of Compensation. 11 U.S.C. 329 and Fed. R. Bankr. P. 2016(b).

Dated: April 14, 2026

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

**Service:** Service by the Court pursuant to applicable Rules.

### <u>ADDITIONAL INSTRUCTIONS</u>

**FILINGS**: All documents for filing with the Court shall be signed by the Debtor and, if applicable, the Debtor's attorney of record. Self−represented Debtors shall submit documents for filing with the Court by U.S. mail, other courier delivery, or hand−delivery (drop−box available). Mailed documents should be addressed to U.S. Bankruptcy Court, 110 E. Park Ave., Ste. 100, Tallahassee, FL 32301.

**AMENDMENTS**: Any amendment to a petition, list, schedule, or other required document must comply with this Court's Local Rules (https://www.flnb.uscourts.gov/local−rules). A filing fee may be due for amendments to the Debtor's list of creditors or the amount or classification of a debt.

**PAYMENTS**: **<u>This Court does not accept cash payments</u>**. Filing fee payments must be made in accordance with the list of approved payment methods available on the Court's website at <u>www.flnb.uscourts.gov/fees</u> and mailed to: Clerk, U.S. Bankruptcy Court, 110 E. Park Ave., Ste.100, Tallahassee, FL 32301. You may call the Clerk's Office at 850−521−5001 to confirm fee amounts owed.

**FORMS**: Official and Local Forms can be found at <u>www.flnb.uscourts.gov/forms</u>.

**ADMINISTRATIVE ORDERS**: Administrative and Standing Orders can be found at <u>www.flnb.uscourts.gov/orders</u>.

**SELF−REPRESENTED PARTIES**: Information for filing without an attorney can be found at <u>www.flnb.uscourts.gov/filing−without−attorney</u>.