## United States Bankruptcy Court
### Northern District of Florida

In re  **Austiona Prevatte**

Debtor(s)

Case No.  **26-30384-KKS**

Chapter  **13**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of  **CHAPTER 13 PLAN & NOTICE OF CHAPTER 13 CASE COMMENCEMENT**  was served as set forth below:

[X] Served via Notice of Electronic Filing (NEF):The undersigned verifies that the foregoing document was served via NEF on 4/27/2026 to the below-listed person(s) and entities:

- Chapter 13 Trustee, Leigh A. Duncan
- United States Trustee

[X] **Served by U.S. Mail:**On 4/27/2026, the undersigned served the person(s) and/or entities listed below via first class mail, postage prepaid, at the addresses listed below or on the attached mailing matrix obtained from the Court's case management system:

[  ] Names and addresses of Parties served:

OR

**[X]** See attached mailing matrix.

? **Served by Personal Delivery, Overnight Mail, Facsimile Transmission or Email:**  On (date),the undersigned served each person or entity listed below via the means noted for each:

**Name**                                     **Manner of Service**

**I declare under penalty of perjury that the foregoing is true and correct.**

**Date:** 04/27/2026

**/s/ Christopher G. Frey**

**Christopher G. Frey**
**The Law Office of Christopher G. Frey, Esq.**
**412 E. Madison Street**
**Suite 1106**
**Tampa, FL 33602**
**813-222-8210Fax:813-222-8211**
**chris@freylawpa.com**

Label Matrix for local noticing
1129-3
Case 26-30384-KKS
Northern District of Florida
Pensacola
Mon Apr 27 13:59:38 EDT 2026

Florida Dept. of Labor/Employment Security
c/o Florida Dept. of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Austiona Prevatte
6004 Toulouse Street
Gulf Breeze, FL 32563-9025

U.S. Securities & Exchange Commission
Atlanta Reg Office and Reorg
950 E Paces Ferry Rd NE
Ste. 900
Atlanta, GA 30326-1382

(p)UNITED STATES ATTORNEY'S OFFICE
111 NORTH ADAMS STREET
4TH FLOOR
TALLAHASSEE FL 32301-7730

6004 Toulouse LLC
533 Delia Drive
Commerce, GA 30529-2165

American Credit Acceptance
961 E Main Street
Spartanburg, SC 29302-2149

Bullcity Financial SOL
2609 N Duke Street #500
Durham, NC 27704-0015

(p)CAINE & WEINER COMPANY
12005 FORD ROAD 300
DALLAS TX 75234-7262

(p)COASTAL FEDERAL CREDIT UNION
ATTN LOSS MITIGATION/BANKRUPTCY
1000 ST ALBANS DR
RALEIGH NC 27609-7488

Comenity Bank
Attn: Bankruptcy Department
PO Box 182125
Columbus, OH 43218-2125

LVNV Funding
P.O. Box 10584
Greenville, SC 29603-0584

LVNV Funding, LLC
Resurgent Capital Services
Po Box 10587
Greenville, SC 29603-0587

(p)LEAFY FINANCIAL  LLC
2921 BROWN TRAIL STE 250
BEDFORD TX 76021-4176

Mediacom Communications Corporation
PO BOX 1931
Burlingame, CA 94011-1931

Midland Credit Management
P.O. Box 939069
San Diego, CA 92193-9069

(p)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

Progressive Mgmt Systems
1521 W Cameron Ave Fl 1
West Covina, CA 91790-2738

TD Bank USA/Target Credit
Po Box 673
Minneapolis, MN 55440-0673

USAA Federal Savings Bank
Po Box 47504
San Antonio, TX 78265

United States Trustee +
110 E. Park Avenue
 Suite 128
Tallahassee, FL 32301-7728

(p)LEIGH A  DUNCAN
ATTN CHAPTER 13 BANKRUPTCY TRUSTEE
P O BOX 646
TALLAHASSEE FL 32302-0646

United States Attorney General +
Office of the Attorney General
Main Justice Bldg., Rm. 511
Tenth & Constitution
Washington, DC 20530-0001

Secretary of the Treasury +
U.S. Treasury Department
15th & Pennsylvania Ave.
Washington, DC 20220-0001

Internal Revenue Service +
P.O. Box 7346
Philadelphia, PA 19101-7346

Christopher Gerard Frey +
The Law Office of Christopher G. Frey, E
412 East Madison Street
Suite 1106
Tampa, FL 33602-4618

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

United States Attorney's Office
111 North Adams Street
4th Floor
Tallahassee, FL 32301-7730

(d)United States Attorney's Office
21 E. Garden Street #400
Pensacola, FL 32501

Caine & Weiner
PO Box 55848 - Sherman Oaks,
Sherman Oaks, CA 91413


Coastal Federal Credit Union
Po Box 58429
Raleigh, NC 27658

Leafy Financial LLC
2921 Brown Trl Ste 250
Bedford, TX 76021

Missouri Higher Education
633 Spirit Drive
Chesterfield, MO 63005


Leigh A. Duncan +
Leigh A. Duncan
Post Office Box 646
Tallahassee, FL 32302

End of Label Matrix
Mailable recipients    26
Bypassed recipients     0
Total                  26