**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

In re:

AUSTIONA PREVATTE,                    Case No.: 26-30384-KKS
                                       Chapter 13

Debtor(s)                        /

## RESPONSE TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

The Debtor, Austiona Prevatte, by and through their undersigned counsel, files this response to the Chapter 13 Trustee's Motion to Dismiss, and states the following:

1.     On June 4, 2026, the Chapter 13 Trustee filed a Motion to Dismiss based upon the Debtor's alleged failure to make plan payments.

2.     The Trustee's Motion states that the Debtor's first plan payment in the amount of $1,716.00 was due on May 13, 2026, and that as of June 4, 2026, the Trustee had not received that payment.

3.     The Debtor has experienced difficulties utilizing the Trustee's online payment portal and, as a result, has been required to submit plan payments by mail to the Trustee's payment processing address.

4.     The Debtor timely mailed the payment at issue; however, due to mail and/or processing delays, the payment was not posted to the Trustee's records before the filing of the Motion to Dismiss.

5.     In addition, the Debtor has continued making plan payments and mailed the June 2026 plan payment on June 17, 2026.

6.     The Debtor is acting in good faith, intends to remain current with her Chapter 13 plan obligations, and requests an opportunity to cure any arrearage that

may exist.

WHEREFORE, the Debtor respectfully requests that the Court deny the Trustee's Motion to Dismiss, or alternatively allow the Debtor a reasonable opportunity to cure any payment deficiency, and grant such other and further relief as the Court deems just and proper.

Dated: June 18, 2026 **By**: /s/ Christopher G. Frey
Christopher G. Frey
FBN# 825761
**FREY LAW, P.A.**
412 E. Madison Street, Suite 1106
Tampa, Florida 33602
T: 813-222-8210
F: 813-222-8211
E: Chris@freylawpa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on Thursday, June 18, 2026 a true and correct copy of the foregoing motion for referral to mortgage modification mediation has been furnished to all the following interested parties listed on the attached address matrix.

**By**: /s/ Christopher G. Frey
Christopher G. Frey
FBN# 825761