| | | |
|---|---|---|
| Label Matrix for local noticing<br>1129-3<br>Case 26-30384-KKS<br>Northern District of Florida<br>Pensacola<br>Thu Jun 18 10:05:25 EDT 2026 | Florida Dept. of Labor/Employment Security<br>c/o Florida Dept. of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| Austiona Prevatte<br>6004 Toulouse Street<br>Gulf Breeze, FL 32563-9025 | U.S. Securities & Exchange Commission<br>Atlanta Reg Office and Reorg<br>950 E Paces Ferry Rd NE<br>Ste. 900<br>Atlanta, GA 30326-1382 | (p)UNITED STATES ATTORNEY'S OFFICE<br>111 NORTH ADAMS STREET<br>4TH FLOOR<br>TALLAHASSEE FL 32301-7730 |
| 6004 Toulouse LLC<br>533 Delia Drive<br>Commerce, GA 30529-2165 | American Credit Acceptance<br>961 E Main Street<br>Spartanburg, SC 29302-2149 | Bullcity Financial SOL<br>2609 N Duke Street #500<br>Durham, NC 27704-0015 |
| CASCADE CAPITAL FUNDING, LLC<br>5341 Old Redwood Hwy Suite 210<br>Petaluma, CA 94954-7127 | (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 | (p)COASTAL FEDERAL CREDIT UNION<br>ATTN LOSS MITIGATION/BANKRUPTCY<br>1000 ST ALBANS DR<br>RALEIGH NC 27609-7488 |
| Comenity Bank<br>Attn: Bankruptcy Department<br>PO Box 182125<br>Columbus, OH 43218-2125 | LVNV Funding<br>P.O. Box 10584<br>Greenville, SC 29603-0584 | LVNV Funding, LLC<br>Resurgent Capital Services<br>Po Box 10587<br>Greenville, SC 29603-0587 |
| (p)LEAFY FINANCIAL  LLC<br>PO BOX 1089<br>GRAPEVINE TX 76099-1089 | Mediacom Communications Corporation<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | Midland Credit Management<br>P.O. Box 939069<br>San Diego, CA 92193-9069 |
| Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | (p)MOHELA<br>CLAIMS DEPARTMENT<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1243 | Progressive Mgmt Systems<br>1521 W Cameron Ave Fl 1<br>West Covina, CA 91790-2738 |
| TD Bank USA/Target Credit<br>Po Box 673<br>Minneapolis, MN 55440-0673 | USAA Federal Savings Bank<br>Po Box 47504<br>San Antonio, TX 78265 | Verizon<br>by AIS InfoSource LP as agent<br>PO Box 4457<br>Houston, TX  77210-4457 |
| United States Trustee +<br>110 E. Park Avenue<br> Suite 128<br>Tallahassee, FL 32301-7728 | (p)LEIGH A  DUNCAN<br>ATTN CHAPTER 13 BANKRUPTCY TRUSTEE<br>P O BOX 646<br>TALLAHASSEE FL 32302-0646 | United States Attorney General +<br>Office of the Attorney General<br>Main Justice Bldg., Rm. 511<br>Tenth & Constitution<br>Washington, DC 20530-0001 |
| Secretary of the Treasury +<br>U.S. Treasury Department<br>15th & Pennsylvania Ave.<br>Washington, DC 20220-0001 | Internal Revenue Service +<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Christopher Gerard Frey +<br>The Law Office of Christopher G. Frey, E<br>412 East Madison Street<br>Suite 1106<br>Tampa, FL 33602-4618 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

United States Attorney's Office
111 North Adams Street
4th Floor
Tallahassee, FL 32301-7730

(d)United States Attorney's Office
21 E. Garden Street #400
Pensacola, FL 32501

Caine & Weiner
PO Box 55848 - Sherman Oaks,
Sherman Oaks, CA 91413

Coastal Federal Credit Union
Po Box 58429
Raleigh, NC 27658

Leafy Financial LLC
2921 Brown Trl Ste 250
Bedford, TX 76021

Missouri Higher Education
633 Spirit Drive
Chesterfield, MO 63005

Leigh A. Duncan +
Leigh A. Duncan
Post Office Box 646
Tallahassee, FL 32302

End of Label Matrix
Mailable recipients    29
Bypassed recipients     0
Total                  29