FORM nhgnrlp (Rev. 10/20)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Florida
### Pensacola Division

In Re: Austiona Prevatte
    SSN/ITIN: xxx–xx–7347
    Debtor

Bankruptcy Case No.: 26–30384–KKS

Chapter: 13
Judge: Karen K. Specie

---

### Notice of Non–Evidentiary Hearing

    PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held on August 5, 2026, at 09:30 AM, *Central Time*, at 100 N. Palafox Street, Courtroom 1, Pensacola, FL 32502. Parties may appear at the following alternate location: via Zoom (NOTE: Zoom participants may not introduce evidence or cross examine witnesses without prior authorization of the Court. See FLNB Zoom participation instructions at www.flnb.uscourts.gov/zoom).

    *19* – Motion to Dismiss Case for Failure to Make Plan Payments Filed by Trustee Leigh A. Duncan ECF Calculated Deadline: 6/25/2026. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties. (Duncan, Leigh)

Dated: June 23, 2026

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

**SERVICE:** Leigh Duncan shall serve this document pursuant to the applicable Rules and file a certificate of service within three (3) days.